DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SURGRET URANIA DOSS,

Appellant,

v.

CHANDRA DENISE TUCKER and LINDA TUCKER,

Appellees.

No. 2D2025-0097

————————————————

October 29, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Emily A. Peacock, Judge.

Surgret Urania Doss, pro se.

DeeAnn J. McLemore and Tabitha C. Blackwell of Banker Lopez Gassler P.A., St. Petersburg, for Appellees.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.